IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

REGAL-BELOIT CORPORATION,

                Plaintiff,                        ORDER

    v.

                                                           10-cv-431-wmc

TRUSTMARK INSURANCE COMPANY,

                Defendant.
_____

        On August 19, 2011, the court granted plaintiff's motion for summary judgment with respect to defendant's liability for an unpaid insurance claim but withheld final ruling on damages because of a remaining genuine issue of material fact regarding a relatively small component of plaintiff's claim to damages. (*See* Ct.'s Order (dkt. #68).) The parties have now filed a stipulation regarding damages, making a trial on this narrow issue unnecessary. (Stipulation (dkt. #69).) The court will accept the stipulation and final judgment will be entered in favor of plaintiff in the amount of $300,000.

        IT IS ORDERED that:

    (1)    The court ACCEPTS the parties' stipulation (dkt. #69).

    (2)    The clerk of court is directed to enter final judgment in favor of plaintiff for $300,000.00 and close this case.

Entered this 29th day of August, 2011.

                                          BY THE COURT:

                                          /s/
                                          _____
                                          WILLIAM M. CONLEY
                                          District Judge