IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGAL-BELOIT CORPORATION,

    Plaintiff,

                                    JUDGMENT IN A CIVIL CASE

v.                                    Case No. 10-cv-431-wmc

TRUSTMARK INSURANCE COMPANY,

    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Regal-Beloit Corporation granting its motion for summary judgment with respect to its breach of contract claim and awarding damages in the stipulated amount of $300,000.00.

_____    8/30/11
Peter Oppeneer, Clerk of Court                Date