IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGAL-BELOIT CORPORATION,

    Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 10-cv-431-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Regal-Beloit Corporation granting its motion for summary judgment with respect to its breach of contract claim. Damages are awarded in the stipulated amount of $300,000.00 together with interest in the amount of $29,591.73.

_____      __10/24/11__
Peter Oppeneer, Clerk of Court               Date